**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| KINGDOM INSURANCE GROUP, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>KINGDOM INSURANCE GROUP, INC., DOUG D. ORTHLIEB, and MARK L. DAVIDSON,<br><br>                Defendants. | **8:20CV494**<br><br>**ORDER** |

       The Court has been advised that the parties in the above-captioned matter have settled their claims.

       Accordingly,

       **IT IS ORDERED** that:

1. Within forty-five (45) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of court, together with submitting to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The clerk of court is directed to terminate the pretrial and trial settings, and any hearings set in this case.

       Dated this 14th day of January, 2022.

                                                            BY THE COURT:

                                                            s/ Susan M. Bazis
                                                            United States Magistrate Judge